UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Jaya Prakash Kathayat,<br><br>*Petitioner*,<br><br>v.<br><br>Marcos Charles, *in his official capacity as Acting Executive Associate Director of Enforcement and Removal Operations*, et al.,<br><br>*Respondents*. | No. 6:26-CV-0089-CRW |

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

Before the Court is Petitioner Jaya Prakash Kathayat's petition for writ of habeas corpus (Dkt. No. 1), filed on February 12, 2026. On February 13, 2026, this Court entered an order for the respondents to show cause as to why the petition should not be granted. Dkt. No. 2. Federal Respondents filed their response on February 17, 2026. Dkt. No. 3. Petitioner filed a reply in support on February 18, 2026. Dkt. No. 4. Having considered the parties' arguments, the applicable law, and the relevant facts, the Court finds Petitioner's petition for writ of habeas corpus should be denied.

The Fifth Circuit rejected Petitioner's statutory arguments in *Buenrostro-Mendez v. Bondi*, which is binding precedent on this Court. *Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026). The Court finds it is bound by the Fifth Circuit's recent decision in *Buenrostro-Mendez* and that Petitioner is lawfully detained under

§ 1225. *See Salas Rivera v. Mooneyham, et al.*, No. 6:26-CV-00526-CRW-DTG (W.D. Tex. Oct. 14, 2026).

The Court has likewise denied similar requests for habeas relief on due-process grounds. *See id.* The Court incorporates by reference its prior analysis denying habeas relief in *Salas Rivera.* For the reasons stated in *Salas Rivera* and incorporated herein, the Court finds that Petitioner's requested relief should be denied.

**IT IS THEREFORE ORDERED** that petitioner's petition for writ of habeas corpus (Dkt. No. 1) is **DENIED.** All other requested relief is hereby denied.

**SIGNED** on October 19, 2026.

Chris Wolfe
CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE